JS-6

FILED
CLERK U.S. DISTRICT COURT
MAR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON JACKSON, | ) Case No. CV 08-1207 AHS(JC) |
| Plaintiff, | ) (~~PROPOSED~~) |
| v. | ) JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

Pursuant to the concurrently filed Order (1) Denying Motion for Extension of Time Without Prejudice; and (2) Dismissing Case Without Prejudice, IT IS ADJUDGED that the Motion for Extension of Time, filed by Byron Jackson on February 25, 2008, is denied and this case is dismissed without prejudice.

DATED: MAR - 3 2008

_____
HONORABLE ALICEMARIE H. STOTLER
CHIEF, UNITED STATES DISTRICT JUDGE